IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SUZETTTE NICOLE BOURCIER, | CV 19-51-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The Ninth Circuit Court of Appeals has issued its formal mandate in this case pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Accordingly,

**IT IS ORDERED** that this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Ninth Circuit's April 21, 2021 memorandum decision.

DATED this 15th day of June, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge